NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: SOFTVIEW LLC,**
*Appellant*

---

2020-1971

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/009,995.

---

**JUDGMENT**

---

ALAN BURNETT, Law Office of R. Alan Burnett, Bellevue, WA, argued for appellant.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld.  Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 14, 2021          /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                      Clerk of Court